(Case No. 1—Page 143.)

Alachua Phosphate Company, Plaintiff in Error, v. Anglo-Continental (late Ohlendorf's Guano Works, Defendant in Error.

(In the Supreme Court of Florida, Division A. January Term, A. D. 1906.)

Marion County.

Case No. 3.

Per Curiam.

The principles announced in Case No. 1 between the same parties this day affirmed are decisive of this case and the judgment herein is affirmed.